UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                  Chapter 13

    Andrea C Collins

                                      Bankruptcy No. 26-11912-AMC

                 Debtor

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 04/30/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

      WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 07/13/2026                                    Respectfully submitted,

                                        */s/ Ann Swartz, Esq.*
                                        Ann Swartz, Esq.
                                        for
                                        Scott F. Waterman, Esq.
                                        Standing Chapter 13 Trusteee
                                        2901 St. Lawrence Avenue, Suite 100
                                        Reading, PA  19606
                                        Telephone: (610) 779-1313